Núm. 8069.—Pueblo, apldo. *v.* Torres, aplte.—C. D. Ponce. Marzo 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en el caso arriba expresado el Fiscal de este tribunal presentó una moción solicitando se desestime el recurso por no haberse notificado el escrito de apelación al fiscal del distrito;

Por cuanto. señalada la vista de dicha moción se celebró la misma con la sola asistencia e informe del fiscal;

Por cuanto, examinado el escrito de apelación no resulta del mismo que hubiera sido notificado al fiscal del distrito, apareciendo del párrafo segundo de dicho escrito lo siguiente:

"Que se notifique al Hon. Fiscal con lo dispuesto en el artículo 350 del Código Penal para cumplimentar la misma".

sin que en manera alguna apareciere que se cumplió con el deseo del apelante de notificar al fiscal del distrito;

Por cuanto, el artículo 350 del Código de Enjuiciamiento Criminal, conforme ha sido interpretado por este tribunal repetidas veces, especialmente en el caso de *El Pueblo* v. *Rubio,* 44 D.P.R. 889, y el más reciente de *El Pueblo* v. *Martínez,* 53 D.P.R. 578, exige, como requisito jurisdiccional que el escrito de apelación sea notificado personalmente al fiscal,

Por tanto, se desestima el recurso por falta de jurisdicción.

Núm. 8189.—Pueblo, apldo. *v.* Reyes (*a*) Cantinero, aplte.— C. D. Ponce. Mayo 20, 1940.

Llamado este caso para vista, compareció El Pueblo de Puerto Rico por su fiscal, y si bien el propio acusado y apelante ha radicado su alegato no obstante, apareciendo que el escrito de apelación no fué notificado a la parte apelada, debe desestimarse como se desestima el recurso por falta de jurisdicción.

Llamadas las causas que a continuación se expresan para la vista de la moción de desestimación presentada por el apelado, El Pueblo de Puerto Rico, sólo compareció éste por su fiscal, y apareciendo que el escrito de apelación no fué notificado a la parte apelada, se declaró con lugar la moción y se desestimaron los recursos.

Núms. 7871, 7944, 7945, 7947, 7948, 7963, 7977, 7978, 7979, 7981, 7995, 7996, 7997, 8005, 8006, 8007, 8019, 8024 8026, 8028, 8038, 8039, 8043, 8055, 8063, 8099, 8102 8103, 8118, 8131, 8146, 8147, 8158, 8181, 8199, 8200, 8207, 8208 y 8287.